Richard Sturdevant, SBN 269088
Financial Relief Law Center
1200 Main St. Ste G
Irvine, CA 92614
Telephone: 714-442-3335
Fax: 714-361-5376

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# BAKERSFIELD DIVISION

| In Re<br><br>SHANNON STACIE WILLIAMS,<br><br>TY ALLEN WILLIAMS,<br><br>　　　　　　　Debtors. | Case No. 2018-13805<br><br>Chapter 13<br><br>DCN: MHM-2<br><br>**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE**<br><br><u>Hearing:</u><br>Judge: Hon. Frederick Clement<br>Date:　December 13, 2018<br>Time:　9:00 a.m.<br>Place:　510 19th Street, 2nd Floor<br>　　　　Bakersfield, CA 93301 |
|---|---|

**TO THE HONORABLE FREDERICK CLEMENT, UNITED STATES BANKRUPTCY JUDGE; THE CHAPTER 13 TRUSTEE; THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:**

　　Debtors hereby oppose Trustee's Motion to Dismiss Case for the following reasons:

1) Debtor has provided the following missing documents listed in the motion to dismiss as of November 29, 2018:

　　a. Pay advices for Debtor Ty Williams for the 6-month period prior to filing the case.

    b. Pay advices for Joint Debtor Shannon Williams for the 6-month period prior to filing the case.

    c. Authorization to Release Information.

    d. Class 1 Checklist.

    e. 2016 federal and state tax return.

    f. 2017 federal and state tax return.

2) Additionally, Debtor submitted to the IRS the unfiled 2014 tax return as of November 29, 2018. Debtor's counsel will contact the IRS to request an amended proof of claim be filed.

3) Debtors request that the court deny the trustee's motion to dismiss, or conditionally grant the motion with a 75 day bar to obtain confirmation.

Dated: November 29, 2018　　　　　　　　　Respectfully Submitted,

FINANCIAL RELIEF LAW CENTER

/s/ Richard Sturdevant  
Richard Sturdevant  
Attorney for Debtor(s)